UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY D. HEMPHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.:   4:09-CV-2123CEJ |
| v. ) | |
| ) | |
| OFFICER ANDREW J. HALE, *et al.* ) | |
| ) | |
| Defendants ) | |

**JOINT MOTION TO REMOVE CASE FROM TRIAL DOCKET, AND
TO PASS CAUSE FOR SETTLEMENT**

Comes now the parties by counsel and inform the court that they have settled this matter.

The parties therefore move the court to remove cause from the trial docket of July 23, 2012, and to pass cause for settlement.

Respectfully Submitted,

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2012 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
Robert J. Krehbiel
King Krehbiel & Hellmich, LLC
2000 S. Hanley Road
St. Louis, MO  63144-1524
   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO