UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY D. HEMPHILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:09-CV-2123 (CEJ) ) |
| ANDREW J. HALE, et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the parties shall have until **August 22, 2012**, to file a stipulation for dismissal.

**IT IS FURTHER ORDERED** that, if the stipulation for dismissal is not timely filed, the Court, without further notice to the parties, will enter an order dismissing this action with prejudice and retaining jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of either party.

**IT IS FURTHER ORDERED** that this matter is removed from the July 23, 2012 trial docket.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2012.