UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY D. HEMPHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.:   4:09-CV-2123CEJ |
| v. ) | |
| ) | |
| OFFICER ANDREW J. HALE, *et al.* ) | |
| ) | |
| Defendants ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff by counsel W. Bevis Schock and Defendants by counsel Robert J. Krehbiel, and hereby jointly request the court to dismiss this cause with prejudice, with each party to bear his/her/its own costs and fees.

Respectfully Submitted,

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Robert J. Krehbiel   .
Robert J. Krehbiel, 28616MO
Attorney for Defendant
King, Krehbiel & Hellmich, LLC
2000 South Hanley Road
St. Louis, Mo 63144-1524
(314) 646-1110
(314) 646-1122 fax