UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESLEY D. HEMPHILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:09-CV-2123 (CEJ) |
| OFFICER ANDREW J. HALE, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. Fed.R.Civ.P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2012.