# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3116

Wesley D. Hemphill

Appellee

v.

Andrew J. Hale, Officer

Appellant

Jeffrey N. Seerey, Detective, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cv-02123-CEJ)
_____

## MANDATE

In accordance with the opinion and judgment of 05/10/2012, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

September 11, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit